**DISMISS; and Opinion Filed August 20, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01139-CV

### RONALD J. BIRCHLER, ANNETTE F. BIRCHLER, AND/OR ALL OTHER OCCUPANTS OF 1504 COMMERCE DRIVE, PLANO, TEXAS, 75093, Appellants
### V.
### AMERICAN HOMES 4 RENT PROPERTIES EIGHT, LLC, A DELAWARE LIMITED LIABILITY COMPANY, Appellee

**On Appeal from the County Court at Law No. 4**
**Collin County, Texas**
**Trial Court Cause No. 004-00578-2014**

## MEMORANDUM OPINION

Before Justices Lang-Miers, Brown, and Schenck
Opinion by Justice Lang-Miers

Before the Court is the Amended Joint Motion to Dismiss in which the parties state they have resolved their differences and agreed to dismiss this appeal with costs assessed to the party incurring them. In accordance with the parties' agreement, we grant the motion and dismiss the appeal.

/Elizabeth Lang-Miers/
ELIZABETH LANG-MIERS
JUSTICE

141139F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

RONALD J. BIRCHLER, ANNETTE F. BIRCHLER, AND/OR ALL OTHER OCCUPANTS OF 1504 COMMERCE DRIVE, PLANO, TEXAS, 75093, Appellants

No. 05-14-01139-CV      V.

AMERICAN HOMES 4 RENT PROPERTIES EIGHT, LLC, A DELAWARE LIMITED LIABILITY COMPANY, Appellee

On Appeal from the County Court at Law No. 4, Collin County, Texas
Trial Court Cause No. 004-00578-2014.
Opinion delivered by Justice Lang-Miers, Justices Brown and Schenck participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that each party bear its own costs of this appeal.


Judgment entered this 20th day of August, 2015.